NATHAN KRAUSKOPF, Appellant, *v.* CLARENCE E. TALLMAN, Respondent.

*Krauskopf* v. *Tallman*, 38 App. Div. 273, affirmed.
(Argued January 20, 1902; decided February 11, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 12, 1899, affirming a judgment in favor of defendant entered

upon a dismissal of the complaint by the court at a Trial Term.

*Leopold Leo* for appellant.

*George M. Curtis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.   Absent: PARKER, Ch. J.